# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| D<small>E</small>MICHAEL MASON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:15-cv-00643-CLS-SGC |
| LINDA FINCHER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on December 15, 2015, recommending defendant Corizon's motion for summary judgment be granted and plaintiff's claims against Corizon be dismissed with prejudice.[1]  The magistrate judge further recommended that plaintiff's claims against defendant Fincher be dismissed without prejudice for want of prosecution.  The parties were allowed fourteen (14) days to file objections and advised that the failure to file such objections would bar any later challenge or review of the factual findings of the magistrate judge, except for plain error.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that

---

[1] Doc. no. 20.

the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. The court expressly finds there are no genuine issues of material fact and defendant Corizon is entitled to judgment as a matter of law on plaintiff's claims.

Accordingly, defendant Corizon's motion for summary judgment is due to be granted and the plaintiff's claims against it are due to be dismissed with prejudice. Plaintiff's claims against defendant Fincher will be dismissed without prejudice. A separate order will be entered.

DONE this 13th day of January, 2016.

_____
United States District Judge